| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Eastern** District of **Texas** (State) |
| Case number (*If known*): _____ Chapter **7** |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Overwatch Technologies, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Overwatch Digital Health, Inc.
   SAE Digital Health, Inc.
   _____

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   17440 Dallas Parkway STE 230
   Number    Street

   _____

   Dallas          TX    75287
   City           State  ZIP Code

   Collin County
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____  ____  _____
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____  ____  _____
   City          State  ZIP Code

Debtor  Overwatch Technologies, Inc.  Case number *(if known)*_____
        Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | overwatchdh.com |

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                          MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                          MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    *Check one:*
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☐ No
    - ☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2

| Debtor | Overwatch Technologies, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Colepin Pty Limited ATF Barrett and Sons Trading Co Super Fund | Sec. & Unsec. Notes (Exs. A & B) | $ 400,000.00* |
| Mossco Capital, Inc. | Unsec. Note (Ex. C) | $ 300,000.00* |
| Gary Snow | Sec. Note (Ex. D) | $ Unknown |
| | Total of petitioners' claims | $ 700,000.00* |

*Plus accrued interest

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Colepin Pty Limited ATF Barrett and Sons Trading Co Super Fund
Name
c/o Quantum Partners Level 1, 95-97 Grafton St
Number   Street
Bondi Junction, NSW, 2022 Australia
City   State   ZIP Code

Name and mailing address of petitioner's representative, if any
Clive Barrett
Name
c/o Quantum Partners Level 1, 95-97 Grafton Street
Number   Street
Bondi Junction, NSW, 2022 Australia
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/22/2021 (GMT+11)
MM / DD / YYYY

✗ /s/Clive Barrett
Signature of petitioner or representative, including representative's title

**Attorneys**

Robert J. Shannon
Printed name
Parkins Lee & Rubio LLP
Firm name, if any
700 Milam Street, Suite 1300
Number   Street
Houston   TX   77002
City   State   ZIP Code

Contact phone  713-715-1660   Email  rshannon@parkinslee.com

Bar number  24108062

State  Texas

✗ /s/Robert J. Shannon
Signature of attorney

Date signed  10/25/2021
MM / DD / YYYY

Debtor: **Overwatch Technologies, Inc.**
Name

Case number (if known)_____

**Name and mailing address of petitioner**

Mossco Capital, Inc.
Name

33 Charles Street East, Suite 3604
Number  Street

Toronto, Ontario, M4Y 0A2, Canada
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Wayne Abramsohn
Name

c/o Mossco Capital, Inc., 33 Charles Street East, Suite 3604
Number  Street

Toronto, Ontario, M4Y 0A2, Canada
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/22/2021 (GMT-4)**
              MM / DD / YYYY

✖  **/S/Wayne Abramsohn**
Signature of petitioner or representative, including representative's title

---

Robert J. Shannon
Printed name

Parkins Lee & Rubio LLP
Firm name, if any

700 Milam Street, Suite 1300
Number  Street

Houston                TX        77002
City                   State     ZIP Code

Contact phone  713-715-1660    Email  rshannon@parkinslee.com

Bar number  24108062

State  Texas

✖  /s/Robert J. Shannon
Signature of attorney

Date signed  10/25/2021
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Gary Snow
Name

836 Penkivil Street
Number  Street

Bondi, NSW 2026, AUS
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/22/2021 (GMT+11)**
              MM / DD / YYYY

✖  **/s/Gary Snow**
Signature of petitioner or representative, including representative's title

---

Robert J. Shannon
Printed name

Parkins Lee & Rubio LLP
Firm name, if any

700 Milam Street, Suite 1300
Number  Street

Houston                TX        77002
City                   State     ZIP Code

Contact phone  713-715-1660    Email  rshannon@parkinslee.com

Bar number  24108062

State  Texas

✖  /s/Robert J. Shannon
Signature of attorney

Date signed  10/25/2021
              MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| OVERWATCH DIGITAL HEALTH, INC., | ) Case No. _____ |
| Alleged Debtor. | ) Involuntary |

**SIGNED STATEMENT REGARDING TRANSFERS PURSUANT TO
RULE 1003(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
FOR COLEPIN ATF BARRETT AND SONS TRADING CO SUPER FUND**

On January 22, 2021, petitioning creditor Colepin ATF Barrett and Sons Trading Co Super Fund ("Colepin") transferred secured notes with a face value of $450,000 (the "Transferred Notes") to BioEye Ltd. ("BioEye"). The Transferred Notes do not form the basis for to Colepin's unsecured claim against the Alleged Debtor, which claim is based on separate unsecured notes issued by the Alleged Debtor, and BioEye is not a petitioning creditor in this case. **The Transferred Claim was not transferred for the purpose of commencing this case.**

The information required by Bankruptcy Rule 1003(a) is as follows:

| | |
|---|---|
| *Documents Evincing Transfer* | Attached as Exhibit 1 hereto. |
| *Consideration for Transfer* | Colepin is an equity owner in BioEye. The transfer was effectuated so that BioEye could offset certain unsecured obligations that BioEye owed to the Alleged Debtor, thereby increasing the value of Colepin's equity in BioEye. |
| *Terms of the Transfer* | As more fully reflected in Exhibit 1 hereto, the transfer was unconditional between Colepin and BioEye. |

[*Remainder of Page Intentionally Left Blank*]

Dated: October _____, 2021

_C Barrett (Oct 22, 2021 10:59 GMT+11)_
Clive Barrett
Authorized Representative of Colepin ATF Barrett
and Sons Trading Co Super Fund

# **EXHIBIT 1 TO COLEPIN STATEMENT REGARDING TRANSFERS**

Transfer and Assignment of Certain Notes from Colepin to BioEye

January 22, 2021

**To:**
**Overwatch Digital Health, Inc.**

### TRANSFER AND ASSIGNMENT OF PROMISSORY NOTE INSTRUMENT

Reference is made to that certain Convertible Note Deed executed by Overwatch Digital Health, Inc. (the "**Company**") and Colepin ATF Barrett and Sons Trading Co Super Fund (the "**Investor**"), dated February 15, 2019 (the "**Agreement**"), and that Promissory Note issued by the Company to the Investor of even date, in the amount of US$500,000 (the "**Note**").

We wish to notify you that in accordance with the terms and conditions of Section 3.6 to the Agreement, and except as set forth herein, we hereby assign and transfer the Agreement, and the Note and all rights thereunder, with respect to an amount of US$450,000 (the "**Transferred Amount**") with full power of substitution to Bio-Eye Ltd. (the "**Transferee**") of 8 Hatsedef St, POB 277, Hofit 4029500, Israel, as if the Agreement and the Note were executed by the Transferee. The remaining Notes under the Agreement, in the aggregate amount of $50,000, shall continue to be maintained by the Investor according to their terms.

Notwithstanding the foregoing, payment of any interest accrued on account of the Purchase Price until the payment date, including, without limitation, on the Transferred Amount, shall be made according to the terms of the Agreement and the Note but the Company is instructed to make such interest payment to the Investor directly and not to the Transferee. It is clarified that repayment of the Transferred Amount itself shall be made directly to the Transferee according to wiring details to be provided by the Transferee.

In light of this transfer, any security provided by the Company under the Agreement and/or the Note to ensure Company's compliance shall be deemed to include the Transferee with respect to Company's obligations with respect thereto.

This letter and/or the transfer contemplated hereunder does not excuse, waive, modify or delay any of their respective rights and obligations of the Company under the terms and conditions of the Agreement and/or the Note.

In accordance with the terms and conditions of the Agreement, an Accession Deed executed by the Transferee is attached hereto as **Exhibit A**.

**In witness hereof**, the parties have executed this instrument of transfer,

| | |
|---|---|
| Colepin ATF Barrett and Sons Trading Co Super Fund | BioEye Ltd. |
| By:_____ | By: Eran Ferri, CEO |

ACCESSION DEED

January 22, 2021

To: **Overwatch Digital Health, Inc.** (the **"Company"**)

From: **BioEye Ltd.**, a company registered in Israel, of 8 Hatsedef St, POB 277, Hofit 4029500, Israel.

Dear Sirs,

1. We refer to the Convertible Note Deed dated February 15, 2019 (the **"Deed"**), of which we confirm we have received a copy and the transfer instrument to which this Deed is attached to. This Deed will take effect as an Accession Deed for the purposes of the Deed. Unless the context requires, capitalized terms defined in this deed have the meaning given in the Deed.

2. BioEye Ltd. agrees to become an Investor and to be bound by the terms and conditions of the Deed, and the relevant Term Sheet, as an Investor with effect from the date of this deed and with respect to an amount of US$450,000.

3. Bioeye Ltd. notice details for the purposes of the Deed and the Register are as follows:

    Address: 8 Hatsedef St, POB 277, Hofit 4029500, Israel.

    Attention: Mr. Eran Ferri

    Email: eran.ferri@bioeye.com

4. This deed is governed by and construed in accordance with the laws of the United States and the State of Texas without regard to conflicts of laws provisions. The parties submit to the exclusive jurisdiction of the state and federal courts in Collin County, Texas and agree to waive all objections to personal jurisdiction, venue and forum non conveniens and any courts which may hear appeals from those courts in respect of any proceedings in connection with this deed.

**Executed as a deed.**


**Executed by: BioEye Ltd.**


_____
**By: Eran Ferri, CEO**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| OVERWATCH DIGITAL HEALTH, INC., | ) Case No. _____ |
| | ) |
| Alleged Debtor. | ) Involuntary Petition |
| | ) |

## CORPORATE OWNERSHIP STATEMENT FOR COLEPIN PTY. LIMITED AS TRUSTEE FOR BARRETT AND SONS TRADING CO SUPER FUND

I, Clive Barrett, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I have personal knowledge of the matters set forth in this Statement because I am the Director and Authorized Agent of Colepin Pty. Limited ("Colepin"), the trustee for Barrett and Sons Trading Co Super Fund.

2. There is no corporation (as defined by the Bankruptcy Code) that directly or indirectly own 10% or more of any class of Colepin's equity interests.

Dated: October _____, 2021

                                                                Clive Barrett
                                                                 Director and Authorized Agent of Colepin Pty. Limited, Trustee for Barrett and Sons Trading Co Super Fund

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| OVERWATCH DIGITAL HEALTH, INC., | ) Case No. _____ |
| Alleged Debtor. | ) Involuntary Petition |

## CORPORATE OWNERSHIP STATEMENT
## FOR MOSSCO CAPITAL, INC.

I, Wayne Abramsohn, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I have personal knowledge of the matters set forth in this Statement because I am the authorized representative for Mossco Capital, Inc. ("Mossco Capital").

2. Kady Holdings Corp. owns 100% of the equity interests in Mossco Capital.

3. No other corporation (as defined by the Bankruptcy Code) directly or indirectly own 10% or more of any class of Mossco Capital's equity interests.

Dated: October  22 , 2021

_____
Wayne Abramsohn