B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
### Eastern District Of Texas

In re  Overwatch Technologies, Inc.,　)　Case No.  21-41504
　　　　Alleged Debtor*　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )　Chapter  7
　　　　　　　　　　　　　　　　　　 )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on  October 25, 2021  (date), requesting an order for relief under chapter  7  of the Bankruptcy Code (title 11 of the United States Code).

　　　YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

　　　　Address of the clerk:　U.S. Bankruptcy Court
　　　　　　　　　　　　　　 660 N. Central Expy., Suite 300B
　　　　　　　　　　　　　　 Plano, TX 75074

At the same time, you must also serve a copy of your motion or answer on petitioning creditors.

Name and Address of Petitioning Creditor:

　　　　Colepin Pty Limited ATF Barrett and Sons Trading Company Super Fund
　　　　c/o Clive Barrett, Quantum Partners
　　　　Level 1, 95-97 Grafton Street
　　　　Bondi Junction, NS 2022
　　　　AUS
　　　　Mossco Capital, Inc.
　　　　33 Charles Street East, Suite 3604
　　　　Toronto, ON M4Y0A2
　　　　CA
　　　　Gary Snow
　　　　836 Penkivil Street
　　　　Bondi, NS 2026
　　　　AUS

If you make a motion, your time to answer is governed by Fed. R. Bankr. P.1011(c)

If you fail to respond to this summons, the order for relief will be entered.



/S/ Jason K. McDonald
Date: 10/26/2021

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:




If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date _____   Signature _____

    Print Name: _____

    Business Address: _____

    _____