B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## Eastern District Of Texas

In re  Overwatch Technologies, Inc.,  )  Case No. 21-41504
Alleged Debtor*                        )
                                       )  Chapter 7
                                       )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on October 25, 2021 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:  U.S. Bankruptcy Court
660 N. Central Expy., Suite 300B
Plano, TX 75074

At the same time, you must also serve a copy of your motion or answer on petitioning creditors.

Name and Address of Petitioning Creditor:

Colepin Pty Limited ATF Barrett and Sons Trading Company Super Fund
c/o Clive Barrett, Quantum Partners
Level 1, 95-97 Grafton Street
Bondi Junction, NS 2022
AUS
Mossco Capital, Inc.
33 Charles Street East, Suite 3604
Toronto, ON M4Y0A2
CA
Gary Snow
836 Penkivil Street
Bondi, NS 2026
AUS

If you make a motion, your time to answer is governed by Fed. R. Bankr. P.1011(c)

If you fail to respond to this summons, the order for relief will be entered.



/S/ Jason K. McDonald
Date: 10/26/2021

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, __Robert J. Shannon__ (name), certify that on __10/26/2021__ (date), I served this summons and a copy of the involuntary petition on __Overwatch Technologi__es, Inc. (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

U.S.P.S First Class Mail, Postage Prepaid:

| | | |
|---|---|---|
| Overwatch Technologies, Inc.<br>c/o Terry Fokas<br>17440 Dallas Parkway, Suite 230<br>Dallas, TX 75287 | -and- | Overwatch Technologies, Inc.<br>c/o Harvey Bines<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, MA 02109 |

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __10/26/2021__   Signature __[signature]__

Print Name:   __Robert J. Shannon__

Business Address:   __Parkins Lee & Rubio LLP__
   __700 Milam Street, STE 1300__
   __Houston, TX 77002__