Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 21−41504
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Overwatch Technologies, Inc., Alleged Debtor

## NOTICE OF COURT PROCEEDING BY TELEPHONIC HEARING

A telephonic hearing will be held on

*Tuesday, December 14, 2021*

at

*09:30 AM*

to consider and act upon document 1 − Chapter 7 Involuntary Petition. Fee Amount $338. Filed by Overwatch Technologies, Inc. (Attachments: # 1 Compiled Exhibits A through I)(Shannon, Robert) filed as document number 1 .

Conference Telephone Number: 1−888−675−2535
Conference Access Code: 4225607
Conference Security Code: 7459

Please review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Courts webpage at www.txeb.uscourts.gov and choosing Judges Info, then choosing Judge Rhoades, and then choosing Telephonic Hearing tab. Parties may request a video or live hearing by filing a timely request explaining the need for such hearing.

Dated: Tuesday, December 7, 2021

Jason K. McDonald
Clerk, U.S. Bankruptcy Court