Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 21−41504
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Overwatch Technologies, Inc., Alleged Debtor

## NOTICE OF COURT PROCEEDING BY TELEPHONIC HEARING

A telephonic hearing will be held on

*Tuesday, December 14, 2021*

at

*09:30 AM*

to consider and act upon document 1 − Chapter 7 Involuntary Petition. Fee Amount $338. Filed by Overwatch Technologies, Inc. (Attachments: # 1 Compiled Exhibits A through I)(Shannon, Robert) filed as document number 1 .

Conference Telephone Number: 1−888−675−2535
Conference Access Code: 4225607
Conference Security Code: 7459

Please review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Courts webpage at www.txeb.uscourts.gov and choosing Judges Info, then choosing Judge Rhoades, and then choosing Telephonic Hearing tab. Parties may request a video or live hearing by filing a timely request explaining the need for such hearing.

Dated: Tuesday, December 7, 2021

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2

Date Rcvd: Dec 07, 2021 Form ID: 100v2 Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ptcrd | | Colepin Pty Limited ATF Barrett and Sons Trading C, c/o Clive Barrett, Quantum Partners, Level 1, 95-97 Grafton Street, Bondi Junction, NS 2022, AUS |
| cr | + | Dallas County, Linebarger, Goggan, Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Freeway, Suite 1000 Dallas, TX 75207-2328 |
| ptcrd | | Gary Snow, 836 Penkivil Street, Bondi, NS 2026, AUS |
| ptcrd | | Mossco Capital, Inc., 33 Charles Street East, Suite 3604, Toronto, ON M4Y0A2, CA |
| | + | Overwatch Technologies , Inc, c/o Terry Fokas, 17440 Dallas Parkway, Suite 230, Dallas, Tx 75287-7397 |
| | + | Overwatch Technologies Inc, c/o Harvey Bines, Sullivan & Worcester LLP, One Post Office Square, Boston, MA 02109-2129 |
| adb | + | Overwatch Technologies, Inc., 17440 Dallas Parkway, Sute 230, Dallas, TX 75287-7336 |
| 8088646 | + | Plano ISD, C/O Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB 40, Garland, TX 75042-8234 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@abernathy-law.com | Dec 07 2021 23:15:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| 8090198 | + | Email/Text: bankruptcy@abernathy-law.com | Dec 07 2021 23:15:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, Texas 75069-3276 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Plano ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB 40, Garland, TX 75042-8234 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emily M. Hahn | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com |
| Larry R. Boyd | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com kescamilla@abernathy-law.com |
| Linda Reece | on behalf of Creditor Plano ISD lreece@pbfcm.com |
| Paul M Lopez | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Robert Shannon | on behalf of Petitioning Creditor Gary Snow rshannon@parkinslee.com |
| Robert Shannon | on behalf of Petitioning Creditor Mossco Capital Inc. rshannon@parkinslee.com |
| Robert Shannon | on behalf of Petitioning Creditor Colepin Pty Limited ATF Barrett and Sons Trading Company Super Fund rshannon@parkinslee.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Julie.Wilson@lgbs.com;dallas.bankruptcy@lgbs.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 9