# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 21-41504 |
| OVERWATCH TECHNOLOGIES, INC. | ) |
| | ) Chapter 7 |
| Alleged Debtor. | ) |

## AGREED ORDER DISMISSING INVOLUNTARY PETITION

Before the Court is the *Joint Motion to Dismiss Involuntary Petition* (the "Motion") filed by petitioning creditors Colepin Pty Limited as trustee for Barrett and Sons Trading Co Super Fund, Mossco Capital, Inc., and Gary Snow (the "Petitioning Creditors") and the alleged debtor Overwatch Technologies, Inc. (the "Alleged Debtor") (the "Motion"). Upon agreement of the Petitioning Creditors and the Alleged Debtor, the Motion is hereby GRANTED.

Accordingly, it is hereby ORDERED that the above-captioned bankruptcy case is DISMISSED.

Signed on 1/5/2022

*Brenda T. Rhoades*   YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Agreed in Substance and Form:

*/s/R. J. Shannon*
TX Bar No. 24108062
700 Milam Street, Suite 1300
Houston, TX 77002

*Counsel to the Petitioning Creditors*

*/s/Terry Fokas*
TX Bar No. 24027309
17330 Preston Road, Suite 200D
Dallas, TX 75252

*Counsel to the Alleged Debtor*